IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. GRINDEMANN and
MICHAEL STEWART,

            Plaintiffs,                                ORDER

   v.

                                                    12-cv-206-slc

SORP Director LANCE WIERSMA and
SORP Records Custodian GRACE ROBERTS,

            Defendants.

On April 4, 2012, the court ordered that: (1) no later than April 25, both plaintiffs Michael Grindemann and Michael Stewart were to advise the court whether they wished to prosecute this action jointly; (2) plaintiff Michael Stewart was to submit a certified copy of his trust fund account statement. (3) plaintiff Michael Grindemann was granted leave to proceed without any prepayment of fees or costs.

Plaintiff Stewart has responded to this order by paying his $350 filing fee for this case. I will construe Stewart's payment as an affirmation that he wishes to prosecute this action jointly. Plaintiff Grindemann has not responded at all. Because plaintiff Grindemann may have missed the important directive in the April 4 order of advising the court whether he wishes to prosecute this action jointly, I will allow him a bit more time to respond to the order.

Plaintiff Grindeman is reminded that when two or more plaintiffs join their claims in one lawsuit, each plaintiff who signs the complaint attests to the validity of all of the individual claims in the complaint, whether or not they concern him personally. Each plaintiff will be held legally responsible for knowing precisely what is being filed in the case on his behalf. He will be subject to sanctions under Fed. R. Civ. P. 11 for any pleading, motion or other paper filed over his name if such sanctions are imposed as to any aspect of the case.

ORDER

IT IS ORDERED that plaintiff Michael Grindemann may have until May 25 2012, in which to advise the court whether he wishes to prosecute this action jointly. If, by May 25, 2012, plaintiff Grindemann fails to respond to this order as directed, then he will be considered to have withdrawn from the lawsuit voluntarily and will be dismissed from the case without being charged any portion of the $350 filing fee.

Entered this 11th day of May, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge