IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. GRINDEMANN and
MICHAEL STEWART,

    Plaintiffs,

v.

LANCE WIERSMA and GRACE ROBERTS,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-206-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiffs leave to proceed on their equal protection and substantive due process claims against defendants and dismissing this case.

By: _____, Deputy Clerk      9-25-10
    Peter Oppeneer, Clerk of Court      Date